

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The motion for extension of time to file the reporter's record is granted. We order Tracy Plummer to file the record by May 11, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court